IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


BESSIE COOPER-HARRIS,        )
                             )
    Plaintiff,               )
                             )        CIVIL ACTION NO.
    v.                       )         3:10cv964-MHT
                             )             (WO)
AFNI, INC.,                  )
                             )
    Defendant.               )

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss with leave to reinstate (doc. no. 9) is granted and this cause is dismissed in its entirety with leave to move to reinstate within 90 days from the date of this order.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of January, 2011.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE